452 A.2d 1085

Commonwealth v. Auve, Appellant.

Submitted September 20, 1982.

John D. Flinchbaugh, Assistant Public Defender, for appellant; Sheryl Ann Dorney, Assistant District Attorney for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.